Argued January 17, affirmed January 17, petition for rehearing denied February 23, petition for review denied May 10, 1972

## STATE OF OREGON, *Respondent, v.* JOHNNY LEE CANNON (No. 70-1388-C), *Appellant.*

492 P2d 831

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.